No. 00–9228. TIRADO GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–9233. DORET v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 00–9236. ROSELLO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9238. MATHIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9239. BARRETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–9241. BROWN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–9248. PETRILLO v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 00–9250. SILVERS v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 00–9260. WALTERS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–9270. FOSTER v. SUPREME COURT OF OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 00–9283. GIBBONS v. MENIFEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 00–9286. NORRIS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–9287. PRI-HAR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–9291. BALTAS, AKA DIPINTO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–9294. NAVARETTE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.